UNITED STATES DISTRICT COURT
WESTERN DISRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

     v.                                26-MC-

$2,825 UNITED STATES CURRENCY,
10K GOLD NUGGET RING,
CUBAN LINK CHAIN,
EMERALD TENNIS BRACELET,
10K GOLD CHAIN WITH L PENDANT,
10K GOLD SIGNAL LIGHT PENDANT, AND
10K ROSE/WHITE GOLD DIAMOND CFN PENDANT,

                        Defendants *in rem.*

_____

## STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and Samuel Yellen, Esq., for Lawrence Colbert (hereinafter "the claimant"), that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the following property is extended from April 8, 2026 to thirty (30) days after the conclusion of the related criminal matter (25-CR-205):

- $2,825 UNITED STATES CURRENCY,
- 10K GOLD NUGGET RING,
- CUBAN LINK CHAIN,
- EMERALD TENNIS BRACELET,
- 10K GOLD CHAIN WITH L PENDANT,
- 10K GOLD SIGNAL LIGHT PENDANT, AND
- 10K ROSE/WHITE GOLD DIAMOND CFN PENDANT

(hereinafter collectively referred to as "defendant property").

The parties to this Stipulation further agree that the claimant may revoke his consent

in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the defendant property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

MICHAEL DIGIACOMO
United States Attorney

Dated: March 27, 2026

By:    *Melanie Bailey*
      MELANIE J. BAILEY
      Assistant United States Attorney

Dated: March 26, 2026

*Samuel J. Yellen*
SAMUEL YELLEN, ESQ.
Attorney for Claimant Lawrence Colbert